1 Sanford Jay Rosen, State Bar No. 62566
2 Maria V. Morris, State Bar No. 223903
Lori E. Rifkin, State Bar No. 244081
3 ROSEN, BIEN & GALVAN, LLP
315 Montgomery Street, Tenth Floor
4 San Francisco, CA 94104
Telephone: (415) 433-6830
5 Facsimile: (415) 433-7104

6 Attorneys for Plaintiffs

7 (Additional Counsel for Plaintiffs on the following page)

8

9 UNITED STATES DISTRICT COURT

10 NORTHERN DISTRICT OF CALIFORNIA

11 SAN FRANCISCO DIVISION

| | |
|---|---|
| 12 | Case Nos. C 08-1190-SI, C 08-1184-SI |
| 13 CLAUDE BRYANT, et al., On behalf of themselves and all employees similarly situated, | STIPULATION OF SUBSTITUTION OF COUNSEL FOR PLAINTIFFS AND NOTICE OF APPEARANCE OF NEW COUNSEL |
| 14 | |
| 15 Plaintiffs, | |
| 16 v. | |
| 17 SERVICE CORPORATION INTERNATIONAL, et al., | |
| 18 | |
| 19 Defendants. | |
| 20 | |
| 21 WILLIAM HELM, et al. On behalf of themselves and all employees similarly situated, | |
| 22 Plaintiffs, | |
| 23 v. | |
| 24 ALDERWOODS GROUP, INC., et al. | |
| 25 Defendants. | |

26    PLEASE TAKE NOTICE that Plaintiffs in both of the above-referenced matters hereby
27 substitute one of their counsel and attorneys of record as in this matter as follows:
28 Former Counsel:    Rosen, Bien and Galvan, LLP

STIP OF SUBSTITUTION OF COUNSEL FOR    1    Case Nos. C 08-1190-SI, C 08-1184-SI
PLTF AND NOT OF APP OF NEW COUNSEL

```
 1    Sanford Jay Rosen
      Maria V. Morris
 2    Lori E. Rifkin
      315 Montgomery Street, Tenth Floor
 3    San Francisco, CA 94104
      (415) 433-6830
 4
      New Counsel:   Burnham Brown
 5                   Robert M. Bodzin
                     P.O. Box 119
 6                   Oakland, California 94604-0119
                     (510) 444-6800
 7
          PLEASE TAKE FURTHER NOTICE that the firms of DOLIN, THOMAS & SOLOMON
 8
      LLP and MARGOLIS EDELSTEIN remain as counsel of record for Plaintiffs
 9
10    DATED: October 23, 2008           ROSEN, BIEN & GALVAN, LLP
11
12                                      By _____
                                          Sanford Jay Rosen, State Bar No. 62566
13                                        Maria V. Morris, State Bar No. 223903
                                          Lori E. Rifkin, State Bar No. 244081
14
                                        315 Montgomery Street, Tenth Floor
15                                      San Francisco, CA 94104
                                        Telephone: (415) 433-6830
16
17    DATED: October 23, 2008           BURNHAM BROWN
18
19                                      By _____
                                          Robert M. Bodzin, State Bar No. 201327
20                                      P.O. Box 119
                                        Oakland, CA 94604-0119
21                                      Telephone: (510) 444-6800
```

STIP OF SUBSTITUTION OF COUNSEL FOR    2    Case Nos. C 08-1190-SI, C 08-1184-SI
PLTF AND NOT OF APP OF NEW COUNSEL.

| | |
|---|---|
| 1 | Additional Counsel for Plaintiffs |
| 2 | J. Nelson Thomas, NY Attorney No. 2579159 |
| | Patrick J. Solomon, NY Attorney No. 2716660 |
| 3 | Annette Gifford, NY Attorney No. 4105870 |
| | DOLIN, THOMAS & SOLOMON LLP |
| 4 | 693 East Avenue |
| | Rochester, NY 14607 |
| 5 | Telephone: (585) 272-0540 |
| | Facsimile:  (585) 272-0574 |
| 6 | |
| | Charles H. Saul, PA State Bar No. 19938 |
| 7 | MARGOLIS EDELSTEIN |
| | 525 William Penn Place, Suite 3300 |
| 8 | Pittsburgh, PA 15219 |
| | Telephone:  (412) 281-4256 |
| 9 | Facsimile:   (412) 642-2380 |

1  PURSUANT TO STIPULATION
   IT IS SO ORDERED
2
3  DATED: October ___, 2008

_____
HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT COURT

STIP OF SUBSTITUTION OF COUNSEL FOR  3  Case Nos. C 08-1190-SI, C 08-1184-SI
PLTF AND NOT OF APP OF NEW COUNSEL