# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SANDY THOMAS,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>ALDERWOODS GROUP, INC., *et al.*,<br><br>　　　　　　　Defendants. | Case No. 2:11-cv-01437-APG-GWF<br><br>**ORDER DISMISSING CASE** |

Pursuant to a Stipulation of the parties, on December 7, 2011, this Court entered its Order stating, in pertinent part: "that the Joint Stipulation to Dismiss Case Without Prejudice is GRANTED. Plaintiff may file an Amended Complaint by January 3, 2012. Failure to do so shall result in the dismissal of this case with prejudice." To date, Plaintiff has not filed an Amended Complaint. Accordingly,

**IT IS HEREBY ORDERED** that this case is DISMISSED with prejudice.

Dated: May 28, 2013

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE